# CASE ANNOUNCEMENTS

*August 6, 2010*

[Cite as *08/06/2010 Case Announcements*, 2010-Ohio-3621.]

## MOTION AND PROCEDURAL RULINGS

**2010–0692.   Toledo Pub. Schools Bd. of Edn. v. Lucas Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007-A-1077. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand,

It is ordered by the court that the motion is granted and this appeal is remanded to the Board of Tax Appeals.

It is further ordered that a mandate be sent to the Board of Tax Appeals by certifying a copy of this judgment entry and filing it with the Board of Tax Appeals.

**2010–1094.   Columbus City School Dist. Bd. of Edn. v. Levin.**
Board of Tax Appeals, No. 2009-V-4110. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellee's motion to dismiss,

It is ordered by the court that the motion is denied without prejudice to the arguments advanced in the motion being raised again in appellee's merit brief.

**2010–1105.   State v. Osie.**
Butler C.P. No. CR 2009-02-0302. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Butler County. Upon consideration of appellant's motion for stay of execution scheduled for November 15, 2010,

It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2010–0526.   Buckingham, Doolittle & Burroughs, L.L.P. v. Healthcare Imaging Solutions, L.L.C.**
Summit App. No. 24699, 2010-Ohio-418. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*August 9, 2010*

[Cite as *08/09/2010 Case Announcements*, 2010-Ohio-3624.]

## MOTION AND PROCEDURAL RULINGS